UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRINCETON BROWN and ROBERT PEREZ,<br><br>Defendants. | Case No. 2:19-CR-106<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL |

This matter comes before the Court on a "Joint Motion to Continue Trial." Dkt. #28. Having considered the facts set forth in the motion, and defendants' knowing and voluntary waivers, the Court finds as follows:

1. The Court adopts the facts set forth in the joint motion; specifically, that defense counsel needs additional time to review the voluminous discovery, evaluate possible pretrial motions and/or dispositions short of trial, and prepare for trial if necessary. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL - 1

3. The Court finds that the additional time requested between August 12, 2019, and the proposed trial date of November 18, 2019 is a reasonable period of delay, as defense counsel needs additional time to review the voluminous discovery, evaluate possible pretrial motions and/or dispositions short of trial, and prepare for trial if necessary. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(H)(7)(A).

5. Defendants have signed waivers indicating that they have been advised of their rights to a speedy trial and that, after consulting with counsel, they have knowingly and voluntarily waived those rights. Defendant Robert Perez has consented to the continuation of his trial to a date up to and including December 1, 2019. See Dkt. #29. Defendant Princeton Brown has consented to the continuation of his trial to a date up to and including December 15, 2019. See Dkt. #30. Both waivers will permit trial to start on November 18, 2019, per defense counsel's request.

IT IS HEREBY ORDERED that the trial date be continued from August 12, 2019 to November 18, 2019.

IT IS FURTHER ORDERED that the pretrial motions deadline be continued to October 18, 2019.

IT IS FURTHER ORDERED that the period of time from the current trial date of August 12, 2019, up to and including December 1, 2019, shall be excludable time pursuant to 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

1     DATED this 18th day of July, 2019.

*[signature: Robert S. Lasnik]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL - 3