The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PRINCETON BROWN and<br>ROBERT PEREZ,<br><br>Defendants. | NO. CR 19-106 RSL<br><br>**PROTECTIVE ORDER** |

This matter comes before the Court on the United States' Stipulated Motion for a Protective Order regarding discovery materials, as permitted by Fed. R. Crim. P. 16(d). Having considered the record and files herein, the Court finds there is good cause to grant the stipulated motion, and hence:

IT IS HEREBY ORDERED that the discovery materials discussed in the Motion for the Protective Order and referred to therein as "Protected Material," marked specially as "Produced Subject to a Protective Order," may be produced to counsel for the defendants in this case.

IT IS FURTHER ORDERED that possession of Protected Material is limited to the attorneys of record in this case, and to any investigators, expert witnesses, and other

PROTECTIVE ORDER - *United States v. Brown/ Perez* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

agents the attorneys of record hire in connection with this case. The attorneys of record, and their investigators, expert witnesses, and other agents may review Protected Material with the defendants. The defendants may inspect and review Protected Material, but shall not be allowed to possess, photograph, or record Protected Material.

IT IS FURTHER ORDERED that defense counsel shall not provide Protected Material to any other person outside his/her law office, including the defendants. A copy of the Protected Material shall not be sent to the Federal Detention Center.

IT IS FURTHER ORDERED that the defendant, defense counsel, and others to whom disclosure of the content of the Protected Material may be necessary to assist with the preparation of the defense, shall not disclose the Protected Material or its contents, other than as necessary for the preparation of defenses at trial and in subsequent appellate proceedings, if necessary.

IT IS FURTHER ORDERED that if defense counsel finds it necessary to file any documents marked as Protected Material, the material shall be filed under seal with the Court.

Nothing in this Protective Order prohibits defense counsel from showing the Protected Material, or reviewing its contents, with the defendant or with others to whom disclosure may be necessary to assist with the preparation of the defense at trial and in subsequent appellate proceedings, if necessary.

Nothing in this Protective Order prohibits defense counsel from disputing the designation of material as Protected Material and, if agreement cannot be reached between the parties, seeking a determination by this Court.

//
//
//
//
//

1  At the conclusion of the case, the Protective Material shall be returned to the
2  United States, or destroyed, or otherwise stored in a manner to ensure that it is not
3  subsequently duplicated or disseminated in violation of this Protective Order.
4  DATED this 18th day of July 2019.

HON. ROBERT S. LASNIK
United States District Judge

Presented by:

*s/Amy Jaquette*
AMY JAQUETTE
Assistant United States Attorney

PROTECTIVE ORDER - *United States v. Brown/ Perez* - 3