UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

PRINCETON BROWN,

Defendant.

Case No. 2:19-CR-106-RSL

ORDER GRANTING
MOTION TO CONTINUE
TRIAL DATE

This matter comes before the Court on defendant Princeton Brown's "Motion to Continue Trial Date." Dkt. #67. Having considered the facts set forth in the motion, and defendant's knowing and voluntary waiver, the Court finds as follows:

1. The Court adopts the facts set forth in the unopposed motion; specifically, that defense counsel needs additional time to review the voluminous discovery material provided by the government. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING MOTION TO CONTINUE TRIAL DATE - 1

3.      The Court finds that the additional time requested between November 18, 2019, and the proposed trial date of March 2, 2020 is a reasonable period of delay, as defense counsel needs additional time to review discovery.  The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

4.      The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5.      Defendant has signed a waiver indicating that he has been advised of his rights to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived those rights and consented to the continuation of his trial to a date up to and including March 18, 2020,  Dkt. #74, which will permit trial to start on March 2, 2019, per the parties' request.

IT IS HEREBY ORDERED that the trial date be continued from November 18, 2019 to March 2, 2020.

IT IS FURTHER ORDERED that the pretrial motions deadline be continued to January 27, 2020.

IT IS FURTHER ORDERED that the period of time from the current trial date of November 18, 2019, up to and including March 18, 2020, shall be excludable time pursuant to 18 U.S.C. § 3161, *et seq.*  The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 31st day of October, 2019.

Robert S. Lasnik
United States District Judge