# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR19-106-RSL |
|---|---|
| Plaintiff, | |
| v. | ORDER STRIKING MOTION FOR EMAIL CORRESPONDENCE |
| PRINCETON BROWN, et al., | |
| Defendants. | |

On March 19, 2020, defendant Princeton Brown filed a motion on his own behalf. See Dkt. #92. The Local Rules of this District provide,

> When a party is represented by an attorney of record in a case, the party cannot appear or act on his or her own behalf in that case, or take any step therein, until after the party requests by motion to proceed on his or her own behalf, certifies in the motion that he or she has provided copies of the motion to his or her current counsel and to the opposing party, and is granted an order of substitution by the court terminating the party's attorney as counsel and substituting the party in to proceed pro se[.]

LCR 83.2(b)(5); see also LCrR 1(a). Mr. Brown is currently represented by counsel, and his March 19, 2020 filing is not compliant with the Local Rules. Accordingly, the Court STRIKES his motion for email correspondence (Dkt. #92) from the record.

IT IS SO ORDERED.

//

//

ORDER STRIKING MOTION FOR EMAIL CORRESPONDENCE - 1

DATED this 8th day of April, 2020.

                                       /s/ Robert S. Lasnik  
                                       Robert S. Lasnik  
                                       United States District Judge

ORDER STRIKING MOTION FOR EMAIL CORRESPONDENCE - 2