Judge Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. CR19-106RSL |
| | ) |
| v. | ) ORDER ON BROWN'S |
| | ) MOTION TO SEAL |
| | ) DOCUMENT #109 |
| PRINCETON BROWN, | ) |
| | ) |
| Defendant. | ) |

Having read Defendant Brown's Motion to Seal his Document # 109, a doctor's letter,

THE COURT ORDERS THAT Document # 109, a doctor's letter shall be placed under seal immediately.

DONE this 26th day of June, 2020.

_____
U.S. District Court Judge

ORDER - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592

Presented by:

__s/ R. Goldsmith_____
Robert Goldsmith
Attorney for defendant

ORDER - 2

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592