UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRINCETON BROWN,<br><br>Defendant. | Case No. CR19-106RSL<br><br>ORDER DENYING DEFENDANT'S MOTION TO AMEND APPEARANCE BOND |

This matter comes before the Court on defendant's "Motion to Amend the Appearance Bond." Dkt. #122. Having considered defendant's motion, the government's opposition thereto, defendant's reply, and the remainder of the record,

THE COURT HEREBY ORDERS that defendant's motion (Dkt. #122) is DENIED. Defendant shall continue to comply with all conditions of release as set forth in the Appearance Bond entered on June 23, 2020 (see Dkt. #115).

IT IS SO ORDERED.

DATED this 21st day of September, 2020.

_____
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S
MOTION TO AMEND APPEARANCE BOND - 1