Judge Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

PRINCETON BROWN,

        Defendant.

NO. CR19-106RSL

ORDER ON AGREED MOTION TO TEMPORARILY REMOVE ANKLE MONITOR

Having read the Agreed Motion to Remove the Defendant's Ankle Monitor temporarily,

THE COURT ORDERS THAT Defendant's ankle monitor may be temporarily removed by the Probation Department to accommodate the medical procedure, with both removal and replacement occurring on the same day as the appointment.

DONE this __24th__ day of __November__, 2020.

*[signature]*

U.S. District Court Judge

ORDER - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592

Presented by:

/s/ R. Goldsmith
Robert Goldsmith
Attorney for defendant

ORDER - 2

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592