Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PRINCETON BROWN,<br><br>　　　　　　　　　Defendant. | NO. CR19-106RSL<br><br>ORDER ON BROWN'S<br>MOTION TO SEAL |

Having read Defendant Brown's Motion to Seal Exhibit 2 Medical Records,

THE COURT ORDERS THAT the documents in Exhibit 2 shall remain under seal.

DONE this  12th  day of   May        , 2022.

　　　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

ORDER - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 313-1780

Presented by:

/s/ R. Goldsmith
Robert Goldsmith
Attorney for defendant

ORDER - 2