UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PRINCETON BROWN,<br><br>　　　　　　　　Defendant. | No. CR19-106RSL<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RETURN OF CELL PHONE AS MOOT |

This matter comes before the Court on defendant's "Motion for Return of His Cell Phone or to Permit Expert to Make Total Mirror Image," Dkt. #87. After sentencing in this case, the parties reached an agreement for the return of the cell phone. On June 17, 2022, Mr. Brown picked up his cell phone from the Bureau of Alcohol, Tobacco, Firearms and Explosives. The motion for return of the cell phone is therefore DENIED as moot.

DATED this 28th day of June, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge