UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRINCETON BROWN,<br><br>Defendant. | Case No. CR19-106-RSL<br><br>ORDER REDUCING U/A FREQUENCY |

This matter comes before the Court on defendant Princeton Brown's "Motion to Strike U/A Condition of Release" (Dkt. # 193). The Court, having reviewed the submissions of the parties and the recommendation of U.S. Probation and Pretrial Services, finds as follows:

The Court released defendant on appearance bond in June 2020. Dkt. # 115. Defendant's conditions of release include that he must "[s]ubmit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services." Id. In December 2021, defendant was shot in the leg. Dkt. # 193 at ¶ 4. Defendant's injury makes it difficult for him to attend urinalysis testing at the Tacoma Courthouse as directed by Pretrial Services because he must walk from the parking lot. Id. During his over two years on bond, all of defendant's urinalysis tests have been negative, but the sample size is small because Pretrial Services suspended testing while defendant was severely impaired following his gunshot wound. Dkt. # 197 at 2.

Defendant moves the Court to strike the urinalysis condition in its entirety as burdensome and unnecessary. The government objects at this time due to the small sample size of tests.

ORDER REDUCING U/A FREQUENCY - 1

Pretrial Services recommends reducing testing to once per month. The Court finds that reducing testing to once per month is appropriate under the circumstances.

For all of the foregoing reasons, IT IS HEREBY ORDERED that defendant's urinalysis testing condition is modified to require urinalysis testing no more than once per month. All other conditions of defendant's appearance bond remain in effect without modification.

DATED this 18th day of July, 2022.

Robert S. Lasnik
United States District Judge