UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRINCETON BROWN,<br><br>Defendant. | Case No. CR19-106-RSL<br><br>ORDER EXTENDING<br>REPORTING DATE |

This matter comes before the Court on defendant Princeton Brown's "Motion to Extend Reporting Date" (Dkt. # 201). Having considered the parties' submissions, the Court finds as follows:

Defendant requests to delay the date of his surrender to the Bureau of Prisons from July 20, 2022 to August 22, 2022 so that he may obtain medical treatment. The Court acknowledges the government's opposition but concludes that a short delay is reasonable under the totality of the circumstances. This, however, is the last extension absent extraordinary circumstances.

Additionally, the Court finds compelling reasons to seal defendant's medical records filed in support of his motion.

For all of the foregoing reasons, IT IS HEREBY ORDERED that:

1. Defendant's Motion to Extend Reporting Date (Dkt. # 201) is GRANTED. Defendant's date to report to the Bureau of Prisons to begin serving his sentence is extended from July 20, 2022 to August 22, 2022. All other conditions of defendant's bond remain in full force and effect.

ORDER EXTENDING REPORTING DATE - 1

2. Defendant's Motion to Seal Exhibits 1 & 2 Medical Records (Dkt. # 202) and Motion to Seal Exhibit 1 New Medical Records (Dkt. # 206) are GRANTED.

DATED this 18th day of July, 2022.

Robert S. Lasnik
United States District Judge