Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. CR19-106RSL |
| | ) |
| v. | ) ORDER PERMITTING |
| | ) TRAVEL EN ROUTE |
| | ) TO REPORTING TO BOP |
| PRINCETON BROWN, | ) |
| | ) |
| Defendant. | ) |

Based on the defendant's Motion and Declaration for Travel en Route to Reporting to BOP,

IT IS ORDERED THAT:

The Defendant may travel to California on Friday, August 19, 2022, and stay at the proposed residences prior to August 22, 2022, when he would turn himself in. All other conditions remain in effect.

DONE this 17th day of August, 2022.

_____
U.S. District Court Judge

ORDER - 1

ROBERT W. GOLDSMITH
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 313-1780

Presented by:

_/s/ R. Goldsmith_____
Robert Goldsmith
Attorney for defendant

ORDER - 2

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 313-1780