The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRINCETON BROWN,<br><br>Defendant. | NO. CR19-106-RSL<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following Subject Property:

a. Approximately $1,010.25 in U.S. currency, seized on or about May 22, 2019, from Robert Ruiz Perez in Kent, Washington;

b. Assorted jewelry, seized on or about May 22, 2019, from Defendant Brown in Kent, Washington; and

c. Assorted jewelry, seized on or about May 22, 2019, from a 2008 Ford Edge, Washington license plate DP59503 in Kent, Washington.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

Final Order of Forfeiture - 1
*United States v. Brown*, CR19-106-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In the Plea Agreement that Defendant Brown entered on February 3, 2020, he agreed to forfeit his interest in the Subject Property pursuant to 21 U.S.C. § 853(a) as proceeds of, or property that was used or intended to be used to facilitate, his *Attempted Possession with Intent to Distribute – Cocaine*, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), to which he entered a guilty plea (Dkt. No. 83);

- On July 6, 2020, the Court entered a Preliminary Order of Forfeiture, finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853(a) and forfeiting the Defendant's interest in it (Dkt. No. 109);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 123), and sent direct notice to four identified potential claimants as required by Fed. R. Crim. P. 32.2.(b)(6)(A) (*see* Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Final Order of Forfeiture, ¶ 2, Exhibits A - D); and,

- The time for filing third-party petitions to the Subject Property has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

Final Order of Forfeiture - 2
*United States v. Brown*, CR19-106-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and/or their representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 25th day of August, 2022.

*[signature]*
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Krista K. Bush
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
United States v. Brown, CR19-106-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970