The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,

NO. CR19-106 RSL

10

Plaintiff

11

v.

**ORDER GRANTING
STIPUATED BRIEFING
SCHEDULE**

12

PRINCETON BROWN,

13

Defendant.

14      This Court, having reviewed the Stipulated Motion of the Parties proposing

15  a briefing schedule for the defendant's motion for reduction in sentence, hereby states that

16  IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

17      a.    The government's response to the motion should be filed on or before

18          October 17, 2022; and

19      b.    Any reply should then be filed on or before October 21, 2022; and

20      c.    The matter noted for October 21, 2022.

21      DATED this __4th__ day of October, 2022.

22

23      _____
        ROBERT S. LASNIK
24      United States District Court Judge

    Presented by:

25

26  /s/ Amy Jaquette
    AMY JAQUETTE
27  Assistant United States Attorney

ORDER SETTING BRIEFING SCHEDULE - 1
*United States v. Brown,* CR19-106RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970