UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRINCETON BROWN,<br><br>Defendant. | Case No. CR19-106-RSL<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION |

This matter comes before the Court on defendant's "Motion to Reconsider Denial of Motion for Compassionate Release" (Dkt. # 241). Per this Court's local criminal rules, "Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rules W.D. Wash. CrR 12(b)(13)(A). The Court finds this standard has not been met and DENIES the motion. IT IS SO ORDERED.

DATED this 11th day of January, 2023.

Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 1